FILED
DONETTA DAVIDSON
COLORADO SECRETARY OF STATE

20021330522   C
$    50.00
SECRETARY OF STATE
12-02-2002   11:30:27

## ARTICLES OF ORGANIZATION

1. The undersigned natural person of the age of eighteen years or more, acting as organizer of a limited liability company under the Colorado Limited Liability Company Act, adopt the following Articles of Organization for such limited liability company:

1ST: The name of the limited liability company is **K & G PETROLEUM LLC.**

2ND: The period of duration is perpetual.

3 RD:  The limited liability company is organized for any legal and lawful purpose pursuant to the Colorado Limited Liability Company Act.

4TH:   The street and mailing address of the initial registered office of the *limited liability company* is: C/O RICHARD NIPERT, ESQ., BRIGHT, GIBSON & NIPERT, P.C., 1009 GRANT STREET, STE. 101, DENVER, COLORADO 80203.

The name of its proposed registered agent in Colorado at that address is RICHARD F. NIPERT.

5TH:   The names and addresses of the initial Managers are:

| NAME | ADDRESS |
| --- | --- |
| BAJJIT S. NANDA | 9951 STONEGLEN TRAIL, LITTLETON, CO 80124 |
| PREET S. PURI | 8725 S. MEADOWLARK CIRCLE, HIGHLANDS RANCH, CO 80126 |

6TH: The name and address of the organizer is:

| NAME | ADDRESS |
| --- | --- |
| RICHARD F. NIPERT | BRIGHT, GIBSON & NIPERT, P.C., 1009 GRANT STREET, STE. 101, DENVER, CO 80203 |

7TH:   Management is vested in the Managers.

8TH:   The name and mailing address of the individual who caused this document to be delivered for filing, and to whom the Secretary of State may deliver notice if filing of this document is refused, is:  Richard F. Nipert, Bright, Gibson & Nipert, P.C., 1009 Grant Street, Suite 101, Denver, Colorado  80203 (telephone number: 303-837-1940).

Signed:

RICHARD F. NIPERT

COMPUTER UPDATE COMPLETE
BJS

Exhibit B