IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.   12-cv-00914-WYD-MJW

BALJIT S. NANDA, derivatively on behalf of K&G PETROLEUM, LLC,

Plaintiff(s),

v.

JP MORGAN CHASE BANK, N.A., also known as JP MORGAN CHASE & CO., and J.P. MORGAN CHASE NATIONAL CORPORATE SERVICES, INC.,

Defendant(s).

## MINUTE ORDER

After careful review of the Joint Motion to Stay Discovery Pending Resolution of Motion to Dismiss (docket no. 8) [docket no. 16], it is hereby ORDERED that the subject motion [docket no. 16] is GRANTED for those reasons as outlined in the subject motion which this court incorporates by reference.  Discovery is STAYED until after Chief Judge Daniel rules on Defendant's Motion to Dismiss Plaintiff's Complaint (docket no. 8).

It is FURTHER ORDERED that the parties shall file a joint written status report with the court on the first day of each month beginning August 1, 2012, until Chief Judge Daniel rules on the Defendant's Motion to Dismiss Plaintiff's Complaint (docket no. 8).

Date:   June 11, 2012