IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    12-cv-00914-WYD-MJW

BALJIT S. NANDA, derivatively on behalf of K&G PETROLEUM, LLC,

    Plaintiff,

v.

JPMORGAN CHASE BANK, N.A., also known as JPMORGAN CHASE & CO., and
J.P. MORGAN CHASE NATIONAL CORPORATE SERVICES, INC.,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiff's Motion for Leave to File a Surreply in Opposition to Motion to Dismiss, [ECF No. 12], filed May 24, 2012 is **DENIED.**

    Dated: September 27, 2012