UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00914-WYD-MJW

BALJIT S. NANDA, derivatively on behalf of K&G PETROLEUM, LLC,

    Plaintiff(s),

v.

JP MORGAN CHASE BANK, N.A., a/k/a JP MORGAN CHASE & CO., and
J.P. MORGAN CHASE NATIONAL CORPORATE SERVICES, INC.,

    Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    THIS MATTER is before the Court on Plaintiff's [Unopposed] Motion To Dismiss Derivative Action Without Prejudice Pursuant To Rules 23.1(c) And 41(a)(2) Of The Federal Rules of Civil Procedure [ECF No. 32], filed on November 6, 2012. After careful consideration, the Court approves settlement of the above captioned derivative action pursuant to Rule 23.1(c) of the FEDERAL RULES of CIVIL PROCEDURE. Accordingly, it is

    ORDERED that plaintiff's motion [ECF No. 32] is **GRANTED,** and this action is **DISMISSED WITHOUT PREJUDICE** in accordance with the parties' Binding Term Sheet.

    Dated: November 7, 2012.